UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

ROOSEVELT ROSE,

      Plaintiff,

v.              9:16-CV-0787 (BKS/ATB)

ANTHONY J. ANNUCCI, *et al.*,

      Defendants.
───────────────────────────────────────────────

**Appearances:**

Roosevelt Rose
Jamaica, NY
Plaintiff, pro se

John F. Moore, Esq.
Barbara D. Underwood
Acting Attorney General
Office of New York State Attorney General
The Capitol
Albany, NY 12224
Attorney for Defendants

**Hon. Brenda K. Sannes, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

  Plaintiff Roosevelt Rose, a former New York State inmate, commenced this civil rights action asserting claims under 42 U.S.C. § 1983 arising out of his incarceration at the Franklin Correctional Facility. (Dkt. No. 1). On September 29, 2017, Defendants filed a motion for summary judgment. (Dkt. No. 53). Plaintiff filed a response on November 16, 2017. (Dkt. No. 59). This matter was assigned to United States Magistrate Judge Andrew T. Baxter who, on April 19, 2018, issued a Report-Recommendation recommending that Defendants' motion for summary judgment be granted and that Plaintiff's complaint be dismissed in its entirety. (Dkt.

No. 71).  Magistrate Judge Baxter advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review.  (Dkt. No. 71, at 28).  No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error.  *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228-29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.  Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 71) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 53) is **GRANTED** and Plaintiff's complaint is **DISMISSED IN ITS ENTIRETY**; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated:  June 6, 2018

Brenda K. Sannes
U.S. District Judge